Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorneys for Plaintiff,*
GEORGE GUTENBERG

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUTENBERG,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW INC., a Washington corporation; ZILLOW GROUP INC., a Washington corporation; and DOES 1 through 25 inclusive,<br><br>Defendant. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

Plaintiff GEORGE GUTENBERG for his complaint against ZILLOW INC. and ZILLOW GROUP INC. alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States 17 U.S.C.

1

§ 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This court has personal jurisdiction over Defendants because Defendants conduct business and/or reside within the State of California, Defendants' acts of infringement complained of herein occurred in the State of California, and Defendants caused injury to Plaintiff within the State of California.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendants reside and have a regular and established business in this judicial district.

## PARTIES

5. Plaintiff George Gutenberg ("Plaintiff or Gutenberg") is an individual and professional photographer residing in Palm Desert, California.

6. Defendant Zillow, Inc. is a Washington corporation with its principal place of business in Seattle, Washington.

7. Defendant Zillow Group Inc. was formed in 2014, following the announcement of the planned merger of Zillow, Inc. and Trulia, Inc. ("Trulia"). Zillow Group, Inc. is a Washington corporation, with its principal place of business in Seattle, Washington. Following the closing of the merger transaction on or about

February 17, 2015, Zillow Group owns 100% of the stock of both Zillow, Inc. and Trulia. On information and belief, Zillow, Inc. is currently a wholly owned subsidiary of Zillow Group, which controls or has the power to control Zillow, Inc.

8. For purposed of this complaint, Defendants Zillow Inc. and Zillow Group Inc. will be collectively referred to as "Zillow."

9. Zillow is registered with the Secretary of State to do business in California, and maintains an office in California in this judicial district at 2600 Michelson Drive, Irvine, CA 92612.

10. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 25, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

11. For the purposes of this Complaint, unless otherwise indicated, "Defendants" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendants named in this caption.

# STATEMENT OF FACTS

**Defendant Zillow's Systematic Infringement of Real Estate Photographs**

12. Founded in 2004, Zillow owns and operates the largest real estate website in the world, www.zillow.com ("Website").

13. The core of Zillow's Website is the "Living Database of All Homes," which includes individual detail pages for most of the individual homes in the United States. These Home Detail Pages ("HDPs") provide data such as sales history, number of rooms, and Zillow's proprietary "Zestimate" calculation of the property's current market value.

14. In many instances, the HDPs include exterior and/or interior photographs of the home at a particular address.

15. The HDPs for properties currently listed for sale identify the sales price, the listing agent, and other real estate agents in the area. On information and belief, Zillow derives the great majority of its revenue by advertising local real estate agents on these listings.

16. On information and belief, Zillow obtains information on current real estate listings in data feeds culled primarily from regional associations of brokers known as multiple listing services ("MLS").

17. MLSs are private databases of individual properties created and maintained by real estate professionals -- primarily licensed real estate brokers -- to help their clients buy and sell real estate. The databases contain relevant

information about current real estate listings including, in many instances, photographs of listed properties.

18. Typically, once a property is sold or otherwise taken off the market, the information about the listing, including the photographs of the property, are no longer accessible through the MLS database.

19. On information and belief, there are over 700 MLS systems across the United States.

20. On information and belief, Zillow copies as many as five million photographs per day through its hundreds of MLS feeds without verifying copyright ownership of the copied photographs.

**George Gutenberg is a Real Estate Photographer**

21. Gutenberg is a professional architectural and commercial photographer, specializing in the photography of high-end luxury residential properties and commercial buildings, as well as hospitality, restaurant, and retail environments. His work has been featured in over 100 domestic and international magazine covers.

22. Typically, Gutenberg is hired by real estate agents as an independent contractor to photograph a property for a negotiated fee. Gutenberg retains the copyright to all photographs taken of each property, and grants the real estate agent a limited license to use the photographs for up to one-year purposes of marketing the property. The limited license allows the real estate agent to place the

photographs on their website, in brochures, real estate magazines, and on the MLS. The license expressly states that it is not transferrable and prohibits third party use without permission from Gutenberg. Attached hereto as Exhibit A is a true and correct copy of a typical licensing agreement between Gutenberg and a real estate agent.

23. In addition to marketing real estate, Gutenberg frequently licenses individual photographs from his library for use in print and online publications, as well as for private, editorial, and commercial usage.

24. Gutenberg is the sole owner and author of a 543 photograph of various real estate properties ("Images"), which are part of his larger library of architectural and interior design-type photographs.

25. Gutenberg has registered his Images with the United States Copyright Office as group registrations. Attached hereto as Exhibit B is document containing true and correct copies of Gutenberg's Images as well as true and correct registration information.

26. On or about March 2018, Gutenberg discovered that a number of his Images were being used on Zillow's Website. After a subsequent investigation, Gutenberg discovered that hundreds of his Images were being used on Zillow's HDP pages.

27. Gutenberg had no record of issuing a license to Zillow or otherwise granting permission for Zillow to use any of the Images.

# FIRST CAUSE OF ACTION
# COPYRIGHT INFRINGEMENT
# 17 U.S.C. § 101 *et seq.*

28. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

29. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Images by Defendants.

30. Plaintiff is informed and believes and thereon alleges that said Defendants willfully infringed upon Plaintiff's copyrighted Images in violation of Title 17 of the U.S. Code, because, *inter alia*, Defendants knew or should have known they did not have a legitimate license for the Images.

31. As a result of each and every Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to actual damages and profits pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c).

32. As a result of the Defendants' violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

33. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

///

///

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendants

- For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement for the registered Works as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For an order pursuant to 17 U.S.C. § 502(a) enjoining Defendants from any further infringing use of any of Plaintiff's Images;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

- For an award of pre- and post-judgment interest; and

- For any other relief the Court deems just and proper.

Dated: September 14, 2018                                         Respectfully submitted,

                                              **/s/ Mathew K. Higbee**
                                              Mathew K. Higbee, Esq.
                                              Cal. Bar No. 241380
                                              **HIGBEE & ASSOCIATES**
                                              1504 Brookhollow Dr., Ste 112
                                              Santa Ana, CA 92705-5418
                                              (714) 617-8350
                                              (714) 597-6559 facsimile
                                              *Counsel for Plaintiff*

# DEMAND FOR A BENCH TRIAL

Plaintiff, George Gutenberg, hereby demands a bench trial in the above matter.

Dated: September 14, 2018                  Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
*Counsel for Plaintiff*